Stasukonis, Appellant, *v.* Kennedy.

Argued November 16, 1956. Before STERN, C. J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*George I. Puhak,* with him *Andrew I. Puhak,* for appellant.

*Frank J. Gormley,* with him *Martin B. Gormley,* for appellees.

OPINION PER CURIAM, December 29, 1956:
The judgment in the Court below is affirmed on the Opinion of President Judge VALENTINE, reported in 7 D. & C. 2d 169.